JOHN P. MAIER, Suing on Behalf of Himself and All Other Persons Similarly

Situated, Respondent, v. PETER P. CORCORAN, Appellant, ROYAL DEVELOPMENT COMPANY et al., Respondents, and W. STANLEY BROWN et al., Interveners, Respondents. PETER P. CORCORAN, Suing on Behalf of Himself and All Other Creditors, Appellant, v. ROYAL DEVELOPMENT COMPANY, Respondent, and W. STANLEY BROWN et al., Interveners, Respondents.— Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.